**Opinion issued December 4, 2014.**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-14-00147-CV

———————————

**DUMA ENERGY CORPORATION F/K/A STRATEGIC AMERICAN OIL CORPORATION AND GALVESTON BAY ENERGY, LLC, Appellants**

**V.**

**ERG RESOURCES, LLC, Appellee**

---

**On Appeal from the 55th District Court**
**Harris County, Texas**
**Trial Court Case No. 2011-37552**

---

## MEMORANDUM OPINION

The parties, representing that have agreed to settle all matters in controversy in the appeal and underlying lawsuit, have filed an "Agreed Joint Motion to Dismiss Appeal," requesting that we dismiss the appeal, vacate the trial court's

final judgment, and dismiss the underlying case with prejudice. *See* TEX. R. APP. P. 42.1(a). No opinion has issued. *See* TEX. R. APP. P. 42.1(c).

Accordingly, we reinstate this proceeding on the Court's active docket, grant the parties' motion, vacate the trial court's judgment, and dismiss the case. *See* TEX. R. APP. P. 42.1(a)(2)(A), 43.2(e); *Jester Venture, Ltd. v. Nash*, No. 01-06-00512-CV, 2006 WL 2042358, at *1 (Tex. App.—Houston [1st Dist.] July 17, 2006, no pet.) (mem. op.) (vacating trial court's judgment and dismissing case on parties' agreed motion).  We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Sharp, and Massengale.